# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO. 4:07CV408 RH/WCS

v.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON",
RYAN SEACREST d/b/a
AMERICAN IDOL HOST,
DEFENDANTS

## Complaint
## "AMERICAN IDOL SCANDAL"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes now the Plaintiff, Jonathan Lee Riches©, in prose, under the Whistleblowing act, moves this Honorable court to issue a TRO Temporary Restraining order Against Defendants and a Restraining order Against the filming and airing of American Idol. Plaintiff prays for relief.

### 1

O.J. Simpson and Ryan Seacrest are in a major conspiracy with Carrie Underwood, country music singer from Oklahoma to destroy my life and stop me from whistleblowing in Carrie Underwood's civil trial for copyright infringement in Oklahoma.

### 2

In Jan. 2005, I was hired by Dick Clark of "American Bandstand" to spy on the filming and taping of fox "American Idol" which was Dick Clark's chief rival. American Idol was the #1 rated show

on the planet, and it knocked "American Bandstand" and the "gong show" out of business. Clark hired me to be his private investigator to go to American Idol events to study their blueprints.

### 3

In Feb, 2005, At a American Idol filming in Tallahassee, I witnessed Host Ryan Seacrest and Carrie Underwood engaged in a secret relationship back stage. I would also follow around Seacrest and Underwood after each show from Feb 20 until May 15, 2005. They were seen together at the Super 8 motel 3 times, and Applebee's.

On May 2, 2005, I put a secret recording device that I got from New England Patriots Head coach Bill Belichick on Carrie Underwoods T-shirt before she met with Host Seacrest.

On May 2, 2005 - At 8:32 pm - I recorded Underwood begging Seacrest to have someone rig the American online telephone votes for American Idol so Carrie Underwood would win. Ryan Seacrest told her he will take care of it and hire my Hacking co-defendant Jason Michael Carpenter to rig the votes. It worked. Carrie Underwood won American Idol.

### 4

On 9-17-7, I filed a federal lawsuit against Carrie Underwood in U.S. District Court, Eastern District of Oklahoma for copyright infringement and the American Idol vote rigging.

### 5

On 9-18-7, Carrie Underwood contracted Ryan Seacrest to do something to prevent me from whistleblowing. Seacrest told Underwood that he will secretly get his hitman friend O.J. Simpson out of Jail and pay O.J. Simpson to come to FCI Williamsburg where I'm at and silence me.

### 6

I'm scared of O.J., Seacrest, and Underwood. I don't know what kind of harm they are capable of inflicting on me, but I'm very sick with bowel problems. I weigh 125 lbs at 5ft 10 inches. I can submit

pictures upon request.

### Restraining order

Plaintiff moves for a restraining order Against Defendants, forbidding them from coming to FCI Williamsburg. Plaintiff moves for the FCC to get phone records of the 2005 American Idol to see if the votes were rigged. I know phone volume can't handle that much traffic on a 5 ESS switch. I compel this court to get American Idol's phone records under the Freedom of Information Act. Plaintiff prays for relief

Respectfully Submitted

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590