# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JONATHAN LEE RICHES,**

    **Plaintiff,**

vs.                                                                                 Case No. 4:07cv408-RH/WCS

**ORENTHAL JAMES SIMPSON,**
**et al.,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a complaint against O.J. Simpson and Ryan Seacrest. Doc. 1. Plaintiff is a prisoner incarcerated in Salters, South Carolina. He did not pay the filing fee nor did he submit an *in forma pauperis* motion. Nevertheless, the allegations presented in the complaint have been reviewed.

Plaintiff alleges a bizarre conspiracy between O. J. Simpson, Ryan Seacrest, and country music singer Carrie Underwood. Doc. 1. Plaintiff contends he was hired in January of 2005 by Dick Clark, of the long-running "American Bandstand" television show to spy on the rival show, "American Idol." *Id.* Plaintiff contends that in the spring of 2005, he secretly filmed Ryan Seacrest and Carrie Underwood, using a recording

device from New England Patriots coach Bill Belichick, and recorded private conversations between them in Tallahassee, Florida. The pair were observed together numerous times at the Super 8 Motel and Applebee's restaurant. *Id.* In May, 2005, Carrie Underwood was assured by Ryan Seacrest that he would rig the telephone call-in lines so she would win the show. *Id.* Thereafter, in 2007, Underwood contacted Seacrest to prevent Plaintiff from blowing the whistle on their arrangement. Seacrest then arranged to get O. J. Simpson out of jail so that he would "silence" Plaintiff. *Id.*

While an interesting plot has been described, it is entirely fictional. Judicial notice is taken that on June 10, 2004, Plaintiff was sentenced in the United States District Court for the Southern District of Texas to a 60-month term of imprisonment on one count, and a 125-month term as to count 3. Doc. 238 of case 4:03cr00090-2. Plaintiff has been continuously incarcerated since that time and it would be impossible for Plaintiff to have conducted any of the alleged secret surveillance in 2005. This case should be dismissed as frivolous, notwithstanding the fact that no filing fee has been assessed since no further time should be expended on these claims.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous and delusional.

**IN CHAMBERS** at Tallahassee, Florida, on October 3, 2007.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:07cv408-RH/WCS