# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.                                    CASE NO. 4:07cv408-RH/WCS

ORENTHAL JAMES SIMPSON, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 3), to which no objections have been filed. The report and recommendation correctly concludes that the allegations of the complaint are frivolous. Dismissal is proper because (1) plaintiff has not paid the filing fee, and (2) plaintiff has not moved for leave to proceed in forma pauperis, and if he did so move, dismissal still would be proper, based on the provisions of 28 U.S.C. §1915 allowing dismissal of prisoner in forma pauperis claims that are plainly frivolous. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED." The clerk shall close the file.

SO ORDERED this 12th day of November, 2007.

s/Robert L. Hinkle
Chief United States District Judge
